```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTINE M. BARNWELL,                                      :
                                                            :
                          Plaintiff,                        :
                                                            :       22-cv-6219 (VSB)
              -against-                                     :
                                                            :           ORDER
TARGET CORP. and JANE DOE,                                  :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 7, 2022, Judge Buchwald granted Plaintiff's counsel's motion to withdraw and implanted a 30-day stay to allow Plaintiff to find substitute representation should she choose to do so. (Doc. 11.) This case was reassigned to me on October 13, 2022. To date, no substitute counsel has appeared on behalf of Plaintiff. Accordingly, it is hereby

ORDERED that Plaintiff file a letter on the docket by November 28, 2022 indicating whether she intends to retain counsel in this matter or proceed *pro se*. For more information on proceeding *pro se* in this District, Plaintiff should visit this webpage:

https://nysd.uscourts.gov/prose?clinic= or contact the NYLAG Legal Clinic for Pro Se Litigants at 212-659-6190. If Plaintiff intends to proceed *pro se*, Plaintiff shall contact the *pro se* office at 212-805-0175 and provide all necessary contact information.

IT IS FURTHER ORDERED that Plaintiff's former counsel shall provide a copy of this Order to Plaintiff. I've emailed a copy of this Order to John Vincent Tait at john@newyorktriallawyers.org.

The Clerk of Court is respectfully directed to mail a copy to

John Vincent Tait
Law Office of Michael H. Joseph PLLC
203 E. Post Road
White Plains, NY 10601

    IT IS FURTHER ORDERED that this action remain stayed until November 28, 2022.

SO ORDERED.

Dated: November 10, 2022
       New York, New York

                                Vernon S. Broderick
                                United States District Judge