UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                        :

CHRISTINE M. BARNWELL,                     :

                                                                       :

                           Plaintiff,      :

                                                                         :                  22-cv-6219 (VSB)

                         -against-            :

                                                                          :                      **ORDER**

TARGET CORP. and JANE DOE,                :

                                                                          :

                                  Defendants.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On November 10, 2022, I ordered Plaintiff to file a letter on the docket by November 28, 2022 indicating whether she intends to retain counsel in this matter or proceed *pro se*. (Doc. 12.) I directed Plaintiff's former counsel, John Vincent Tait, to send a copy of the order to Plaintiff. To date, Plaintiff has not complied with my order. Accordingly, it is hereby

       ORDERED that by December 5, 2022, Mr. Tait provide confirmation that he sent Plaintiff a copy of my November 10, 2022 Order, and proof that Plaintiff received the Order. If Plaintiff did in fact receive, but failed to comply with, my November 10, 2022 Order, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

       IT IS FURTHER ORDERED that Mr. Tait provide a copy of this order to Plaintiff. I've emailed a copy of this Order to John Vincent Tait at john@newyorktriallawyers.org.

       IT IS FURTHER ORDERED that this action remain stayed until December 9, 2022.

SO ORDERED.

Dated:  November 30, 2022
            New York, New York

                                                                              Vernon S. Broderick
                                                                              United States District Judge