```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTINE M. BARNWELL,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :       22-cv-6219 (VSB)
                -against-                                   :
                                                            :              ORDER
                                                            :
TARGET CORP. and JANE DOE,                                  :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On November 10, 2022, I ordered Plaintiff to file a letter on the docket by November 28, 2022 indicating whether she intends to retain counsel in this matter or proceed *pro se*. (Doc. 12.) I directed Plaintiff's former counsel, John Vincent Tait, to send a copy of the order to Plaintiff. (*Id.*) Plaintiff failed to comply with my November 10 order and so I ordered Mr. Tait to confirm that Plaintiff had in fact received the order. (Doc. 13.) To date, Plaintiff has not filed anything on the docket, there is no notice of appearance filed on Plaintiff's behalf, and Mr. Tait has not provided any confirmation that Plaintiff received my November 10 order. Accordingly, it is hereby

ORDERED that by December 22, 2022, Mr. Tait provide confirmation that he sent Plaintiff a copy of my November 10, 2022 order, and proof that Plaintiff received the order. If Plaintiff did in fact receive, but failed to comply with, my November 10, 2022 order, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that Mr. Tait provide Plaintiff with a copy of this order, as well as my November 30, 2022 order. (Doc. 13.) I've emailed a copy of this Order to John Vincent Tait at [john@newyorktriallawyers.org](mailto:john@newyorktriallawyers.org).

IT IS FURTHER ORDERED that this action remain stayed until December 22, 2022.

SO ORDERED.

Dated: December 19, 2022
       New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge